NO. 07-03-0245-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 18, 2003

_____

CAROLE DANIEL AND STAN DANIEL, APPELLANTS

V.

CHERYL KAY TABB, IN HER INDIVIDUAL CAPACITY AND AS SUCCESSOR INDEPENDENT EXECUTOR OF THE ESTATE OF GLADYS BRAY, DECEASED, AND CHERYL KAYE TABB IN HER CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF GLADYS BRAY, DECEASED AND MID-CENTURY INS. CO. OF TEXAS, APPELLEES

_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2001-513,596; HONORABLE J. BLAIR CHERRY, JR., JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellants' motion to dismiss by which they indicate they no longer wish to pursue this appeal. Without passing on the merits of the case, their motion is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(1).

Don H. Reavis

Justice